C. ANGELA DE LA HOUSAYE (SBN 144218)
JON T. KING (SBN 205073)
DE LA HOUSAYE & ASSOCIATES, ALC
1211 Newell Avenue, Suite 210
Walnut Creek, California 94596
Telephone: (925) 944-3300
Facsimile:  (925) 944-3343
Emails:  angela@dlhalaw.com
         jon@dlhalaw.com

*Attorneys for Defendants*
*MBS Engineering, Inc. and Brian James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLACK HEMP BOX LLC, a Colorado limited liability company,<br><br>        Plaintiff,<br><br>   vs.<br><br>MBS ENGINEERING, INC., a California corporation, and BRIAN JAMES, an individual,<br><br>        Defendants. | Case No. 3:20-cv-02228-CRB<br><br>**JOINT STIPULATION TO REMAND REMOVED CASE TO STATE COURT; [PROPOSED] ORDER** |

Defendants MBS Engineering, Inc. ("MBS") and Brian James ("James") (collectively, "Defendants"), and Plaintiff Black Hemp Box LLC ("Black Hemp Box"), by and through their attorneys, hereby jointly stipulate as follows:

1.     WHEREAS, on February 28, 2020, Plaintiff commenced an action against Defendants in the Superior Court of California, Alameda County captioned *Black Hemp Box LLC v. MBS Engineering, Inc. and Brian James*, Case No. RG20056591(the "Action");

2.     WHEREAS, on April 2, 2020, Defendants filed in this Court a "Notice of Removal" thereby removing the Action to this Court;

      3.      WHEREAS, under 28 U.S.C. § 1441(b)(2), Defendants did not have the right to remove this action because they are citizens of California;

      4.      WHEREAS, the parties through counsel subsequently conferred and agreed to stipulate that the Action be remanded to the Superior Court of California, Alameda County and to jointly submit a stipulation and proposed Order to the Court; and

      5.      WHEREAS, the parties stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and Order;

NOW THEREFORE the parties stipulate to remand of the Action to the Superior Court of California, Alameda County.

Dated:  April 30, 2020                                   Respectfully Submitted,

                                                      By:  **/S/ JON T. KING**

                                                      C. ANGELA DE LA HOUSAYE
                                                        (SBN 144218)
                                                    JON T. KING (SBN 205073)
                                                    DE LA HOUSAYE & ASSOCIATES, ALC
                                                    1211 Newell Avenue, Suite 210
                                                    Walnut Creek, California 94596
                                                    Telephone: (925) 944-3300
                                                    Facsimile:  (925) 944-3343
                                                    Emails:  angela@dlhalaw.com
                                                                     jon@dlhalaw.com

*Attorneys for Defendants MBS Engineering, Inc. and Brian James*

                                                    By:  **/S/ STEVEN M. WILKER**

                                                      STEVEN M. WILKER (SBN 150946)
                                                     ALEXANDER M. TINKER (OSB 144939)
                                                     TONKON TORP LLP
                                                     888 SW Fifth Avenue, Suite 1600
                                                     Portland, OR 97204-2099
                                                     Telephone: (503) 221-1440
                                                     Facsimile:  (503) 274-9779
                                                    Emails:  steven.wilker@tonkon.com
                                                                  alex.tinker@tonkon.com

*Attorneys for Plaintiff Black Hemp Box LLC*

### [~~PROPOSED~~] ORDER REMANDING ACTION TO STATE COURT

On April 30, 2020, the Parties to the above-referenced action filed a Joint Stipulation to Remand Removed Action. The Court, having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' joint stipulation is approved; and

2. Northern District of California case number 3:20-cv-02228-CRB, captioned *Black Hemp Box LLC v. MBS Engineering, Inc., et al.*, is hereby remanded to the Superior Court of California, Alameda County.

IT IS SO ORDERED.

Dated:  May 1, 2020

_____
UNITED STATES DISTRICT JUDGE

-3-
JOINT STIPULATION TO REMAND; [~~PROPOSED~~] ORDER

## GENERAL ORDER NO. 45 CONCURRENCE

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

By: **/S/ JON T. KING**

C. ANGELA DE LA HOUSAYE
 (SBN 144218)
JON T. KING (SBN 205073)
DE LA HOUSAYE & ASSOCIATES, ALC
1211 Newell Avenue, Suite 210
Walnut Creek, California 94596
Telephone: (925) 944-3300
Facsimile:  (925) 944-3343
Emails:  angela@dlhalaw.com
            jon@dlhalaw.com

*Attorneys for Defendants MBS Engineering, Inc. and Brian James*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By: **/S/ JON T. KING**

Jon T. King